IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Bell, Jonathan A

Printed: 3/25/08

Case Number: 07 B 17999
Judge: Squires, John H
Filed: 10/2/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: January 23, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,517.27 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,940.20 |
| Trustee Fee: |  | 110.75 |
| Other Funds: |  | 4,466.32 |
| Totals: | 6,517.27 | 6,517.27 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 1,940.20 | 1,940.20 |
| 2. | Finance America | Secured | 0.00 | 0.00 |
| 3. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | LEM | Secured | 0.00 | 0.00 |
| 5. | Home Loan Services | Secured | 0.00 | 0.00 |
| 6. | Home Loan Services | Secured | 9,570.00 | 0.00 |
| 7. | LEM | Secured | 2,569.00 | 0.00 |
| 8. | Portfolio Recovery Associates | Unsecured | 114.44 | 0.00 |
| 9. | T Mobile USA | Unsecured | 43.54 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 387.84 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 99.37 | 0.00 |
| 12. | Village Of Matteson | Unsecured | 23.41 | 0.00 |
| 13. | Pronger Smith Clinic | Unsecured | 5.41 | 0.00 |
| 14. | Nicor Gas | Unsecured | 110.36 | 0.00 |
| 15. | Arrow Financial Services | Unsecured |  | No Claim Filed |
| 16. | St Francis Hospital | Unsecured |  | No Claim Filed |
| 17. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 18. | Credit Management Control | Unsecured |  | No Claim Filed |
| 19. | AmSher Collection Services | Unsecured |  | No Claim Filed |
|  |  |  | $ 14,863.57 | $ 1,940.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 110.75 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Bell, Jonathan A

Printed:  3/25/08

Case Number:  07 B 17999
Judge:  Squires, John H
Filed:  10/2/07

_____
$ 110.75

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

